UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL D. ROWEL,

           Petitioner,

    v.

L. MARTINEZ,

           Respondent.

Case No. 22-cv-01711-KAW (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges a conviction and sentence he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge